

### TITUS HILLIS REYNOLDS LOVE

A PROFESSIONAL CORPORATION

JAMES M. LOVE
jlove@titushillis.com

FIRST PLACE TOWER
15 EAST FIFTH STREET, SUITE 3700
TULSA, OKLAHOMA 74103-4304

T: (918) 587 6800
F: (918) 587 6822
www.titushillis.com

July 31, 2019

*Via Certified Mail, Return Receipt Requested*

Office of the Risk Management Administrator
Office of Management and Enterprise Services
Capital Assets Management
Risk Management Department
Will Rogers Office Building
2401 N. Lincoln Blvd., Suite 224
Oklahoma City, Oklahoma  73105

Re:  *Statutory Notice of Claim against the State of Oklahoma asserted by Sarah M. Melton*

Dear Risk Management Administrator:

This notice of claim is served pursuant to 51 O.S. 156(B) of the Governmental Tort Claims Act. The claimant's information is as follows:

Sarah M. Melton
23602 Wilson Cove
Montgomery, TX 77316
(913) 515-3253

Ms. Melton retained this law firm and authorized us to act on her behalf to litigate or settle the claims described in this letter. The address and telephone number maintained by the firm is set forth above.

### The University's Liability

Oklahoma University has long acknowledged the presence of toxic mold in at least some of its dormitories, including the dormitory that Ms. Melton was required to reside in as a freshman as a condition of her enrollment. In August 2018, Ms. Melton was *required* by the rules of the University of Oklahoma to move into an on-campus dormitory for her freshman year. OU officials were aware of, but failed to remediate, the toxic mold present in Walker Tower Dormitory before allowing student habitation of the building. The presence of this mold presented an unreasonable risk of harm to the OU students living in the contaminated dormitories.

**EXHIBIT "1"**

Office of the Risk Management
Administrator
July 31, 2019
Page 2

## *Ms. Melton's Damages*

Ms. Melton began feeling the early effects of toxic mold poisoning soon after she moved into the Walker Tower Dormitory on August 8, 2018. As a first-year student, she was required by the University to live in university housing, and only in particular dormitories designated by the University. *Less than a week after moving into the dormitory*, Ms. Melton's health began to deteriorate. By August 14, 2018, she was already experiencing stuffy nose, sore throat, and coughing. These symptoms persisted throughout the remainder of August. During this same month, she also experienced congestion (despite the use of decongestants), and a red and itchy rash on her neck headaches, hives on the back of her leg, poor appetite, knee pain with movement, a clogged right ear, and wheezing (for which she used an inhaler.) These symptoms were surprising and distressing to Ms. Melton, who had always enjoyed excellent health. She was a star member of her high school's drill team.

Ms. Melton returned home to Texas to visit her family for the weekend of September 1, 2018. With reprieve from exposure to mycotoxins in the University's dormitories, Ms. Melton's symptoms began to subside. However, the relief was short-lived. After returning to the University dormitory, her symptoms returned with full-force. She also experienced the loss of her voice, swelling in her right knee, and uncharacteristic moodiness.

On September 13, 2018, Ms. Melton was unable to recall where her class was located. She complained to her mother that she didn't feel like herself and was experiencing mood swings and a lack of motivation for class and homework. She had trouble breathing on September 25, 2018, requiring the use of an inhaler. She a rash on her legs, which became progressively worse. Ms. Melton noticed at about the same time that she was making uncharacteristic spelling errors on text messages to her mother. Symptoms progressed requiring her to leave a football game at the end of the month due to congestion, coughing wheezing, sneezing, and losing her voice. She lost consciousness and then vomited at the OU/UT football game. A severe headache followed.

At this juncture, Ms. Melton still had no idea of the cause of her symptoms. Unbeknownst to Ms. Melton, the University's David Annis posted a public notice buried within OU's website stating that the University had issues with mold and mildew and requested that students call maintenance to have the rooms "cleaned." The University did not directly contact Ms. Melton (or likely, any other dormitory residents) concerning the presence of mold, nor did the University inform students of the significant adverse health consequences that could result from toxic mold exposure.

Without knowledge of the University's mold issues, Ms. Melton continued to reside in Walker Tower. Predictably, her condition continued to deteriorate. On October 10, 2018, she awakened sad and crying, calling her mother in distress and asking if being sick makes you "dumber." At this point, Ms. Melton, who had a long history of academic excellence, was struggling to keep up with classroom concepts that previously would have been easy for her to understand. For example, Ms. Melton received an A level grade in her high school chemistry

courses. She was now flunking her University chemistry class despite her familiarity with a substantial portion of the subject matter.

Ms. Melton's symptoms continued to exacerbate, leading her to see her primary care physician on October 15, 2018. Ms. Melton was diagnosed with severe sinusitis and severe depression and anxiety. (She had no previous history of depression or anxiety.) Ms. Melton's mental health continued to decline while she remained in Walker Tower. She awakened on October 17, 2018, with itching and bloodshot eyes. She had difficulty staying on task with homework. She spoke "randomly" and tapped her foot while doing homework over Facetime with her boyfriend. On the same night, she spoke with her mother on the phone for hours – by this point, Ms. Melton was in complete crisis, unable to comprehend what was happening to her body and her mind, and still with no notice from the University about the presence of toxic mold in her dormitory.

Symptoms continued and progressed. Ms. Melton's tremors became worse. She cried for days on end. She could not concentrate in class, was severely depressed, and experienced self-loathing. Contemporaneously, she began involuntarily rocking back and forth when seated in a chair. Ms. Melton sent a text message to her mother complaining that her hands would not stop shaking, that she was nauseated, and that she had no appetite. On October 24, 2018, Ms. Melton's father felt that he had to drive from his home in Texas to the University to check on Ms. Melton's health and well-being. She began crying while they were seated in a restaurant. So distraught was Mr. Melton after visiting his daughter, he lost his focus while driving and wrecked his car on the return drive to Texas.

On October 26, 2018, a friend told Ms. Melton that she had mold removed from her dorm room. This was the first time that Ms. Melton was told about the presence of mold in the University's facilities. The friend suggested that Ms. Melton check her room for mold. Ms. Melton then noticed mold spots on her bathroom ceiling and wall. She discussed the matter with her mother over the weekend, and when she returned to school on October 28, 2018, sent photographs of the bathroom to her mother and a family friend whose father owns a company in the mold remediation industry.

The presence of mold was visually confirmed and Ms. Melton's mother met with the housing director at the university to discuss mold testing. On October 29, 2018, Ms. Melton's mother inquired about moving Ms. Melton to another dormitory room. Her room was bleached by University of Oklahoma personnel but not tested for the presence of molds, as requested. Ms. Melton and her parents had several subsequent meetings with Oklahoma University officials, and on November 1, 2018, Ms. Melton chose to formally withdraw from the school due to her many physical symptoms and an inability to mentally retain academic material. Ms. Melton was ***devastated***.

On November 2, 2018, Ms. Melton's mother performed an Environmental Relative Moldiness Index ("ERMI") test on the contaminated room. At approximately the same time, the University had an air quality test of the room conducted by Terracon Consultants, Inc. The next

day, Ms. Melton experienced an excruciating headache that lasted the entire day. In addition, she experienced vision problems and heart palpitations.

Ms. Melton returned home and was evaluated by her primary care physician on November 5, 2018. She was experiencing hypertension, racing heartbeat, and occasional chest pain. She informed her physician that she had been exposed to mold and was prescribed cholestyramine. Afterwards, Ms. Melton experienced hypertension, a racing heart, mental fogginess, light sensitivity, headache, exhaustion, memory dysfunction, and chest tightness. A note written by Stephanie Berg, M.D., dated October 31, 2018, indicates that Ms. Melton was currently under her medical care and had been potentially exposed to black mold in her dormitory and was exhibiting multiple symptoms related to this exposure.

Ms. Melton was evaluated by an environmental medicine specialist on November 7, 2018, who confirmed a diagnosis of severe mold toxicity, rating the severity of her illness as a 5 on a 5-point scale. Several tests were performed for mycotoxins and heavy metals. During the remainder of November 2018, Ms. Melton experienced tremors in the upper extremities, significant hair loss, nausea, difficulty falling and staying asleep, poor appetite, gastrointestinal problems, bloating, diarrhea, headache, chest pain, and extreme fatigue. Test results revealed positive mycotoxin poisoning, fungal infections, heavy metal poisoning, adrenal damage, and hormonal disruption.

Ms. Melton was referred for a neuropsychological assessment to determine her neurocognitive and personality/behavioral status. Ms. Melton scored in a low-normal range, bilaterally, on a measure of motor speed of the index finger. Grip strength was mildly impaired with her non-dominant left hand. She scored in a mildly to moderately impaired range on a measure of manual speed and dexterity, bilaterally, consistent with her report of diminished hand-eye coordination. Greater impairment was observed on the motor tests. Scores fell in a mildly to moderately impaired range, bilaterally, on a measure of manual speed and dexterity.

According to the neuropsychological assessment:

> [Ms. Melton's) word reading may be diminished to some degree subsequent to her toxic exposure as she was quite proficient in reading during her public school training. Present scores likely indicate a decline in general intellectual functioning considering prior academic achievements which suggest high-average to superior abilities.
>
> Scores on various measures of memory (verbal and nonverbal incidental memory, logical verbal memory, list-learning, word pairs, and visuospatial memory and visual motor response) fall within normal limits. However, the majority of scores fall in the average range and are inconsistent with prior academic achievements and reported memory functioning, suggesting a decline. She scored in a mildly to moderately impaired range on a complex psychomotor problem-solving task which requires the ability to sustain adequate strength and speed of movement in the upper extremities and tactile perception in addition to problem solving. Her score

      suggests that she would have some difficulty with new or unique problem-solving situations. This particular measure has been found to be the most sensitive to dysfunction in toxically-exposed individuals.

The neuropsychological examiner concluded that Ms. Melton's level of comfort, satisfaction, achievement, and effectiveness had clearly been diminished subsequent to her toxic exposure. Ms. Melton was diagnosed with mild neurocognitive disorder, depressive disorder with depressive features, and anxiety disorder, all attributable to her mycotoxin exposure at the University of Oklahoma.

      Tragically, for Ms. Melton, this ordeal may *never* be over. As evidenced in her medical records as well as academic literature – the effects of toxic mold poisoning are often severe, long-lasting, and life-altering. Her life will likely never be the same. Ms. Melton has incurred over $50,000 in medical treatment costs to date (across dozens of necessary medical appointments), and her physicians inform her that she may require treatment for the rest of her life. For now, she continues to struggle physically, mentally, socially, and academically. All of this is due to University officials who acted wantonly and recklessly in failing to protect the health of their students.

      Oklahoma University students seem to eventually learn that the OU dormitories are contaminated by toxic mold. The undersigned counsel has spoken to several OU graduates who became aware during their period of enrollment that the OU dormitories were and are contaminated by toxic mold. One such student graduated in the late 1970s. Since Ms. Melton realized that her severe physical and mental condition was the direct result of her exposure to remediable toxic mold, she has attempted to meet with University administration members as well as representatives from the Oklahoma Governor's office about her situation. She is particularly concerned about securing the safety of other students who continue to be similarly unaware of the mold's presence or potential for inflicting harm. However, to Ms. Melton's knowledge, nothing meaningful has been done to remediate the toxic mold, ensure the safety of dormitory residents, or even meaningfully inform students of the serious risks posed by residing in University housing.

### *Demand*

      Ms. Melton demands $175,000 from the State of Oklahoma *ex rel.* The University of Oklahoma Board of Regents. Ms. Melton is seeking additional amounts from the following OU officials, who will be sued in their official and individual capacities if litigation is commenced:

1. David Annis – Former Director of Housing and Food Services. (He resigned in February 2019, and is now working for University of Nebraska);
2. Trent Brown – Environmental Safety Officer;
3. James Gallogly – Former President of OU and President during the time that Ms. Melton was at OU);
4. Dr. Leslie Rainbolt – Chairman of the OU Board of Regents.

Office of the Risk Management
Administrator
July 31, 2019
Page 6

5. David Surratt–Vice-President for Student Affairs (Housing and Food directly reports to Student Affairs);
6. Kenneth D. Rowe – Senior Vice-President and CFO (Facilities Management directly reports through his office).

In addition to the amounts sought from the State of Oklahoma, Ms. Melton will seek $2,000,000 in compensatory damages and $4,000,000 in punitive damages, plus attorneys' fees and court costs from the individual defendants.

Nothing herein shall be construed as a waiver of any rights Ms. Melton may have at law or equity, all of which are expressly reserved.

Very truly yours,

James M. Love