

Dan Ross
Administrator
Capital Assets Management

John Budd
Director

August 9, 2019

Titus Hills
Attn: James M. Love
First Place Tower
15 East Fifth Street, Suite 3700
Tulsa, OK 74103-4304

Re:   RM Claim #:   1920024613
      Claimant:     Sarah M. Melton

Dear Mr. Love:

This letter is sent to confirm the receipt, August 2, 2019, of the claim for compensation you have tendered, asking for damages under the Governmental Tort Claims Act. The identifying claim number is listed above. Please use this number as a reference when calling to inquire about your claim.

Under the provisions of the Act, the State will be afforded up to 90 days from the receipt of your claim by us to review and evaluate it. The State makes every effort to investigate and respond to claims as quickly as possible.

Please provide the following information to Risk Management on behalf of the Attorney Generals' Office:

- ☒ Claim supporting documentation
- ☒ MMSEA Required information: DOB, SSN, Medicare/Medicaid ID number
- ☒ Complete highlighted section on HIPAA
- ☒ Complete Provider information sheet
- ☒ Copy of medical records and medical bills

The information is needed to investigate your claim. The supplemental information must be received on or before August 23, 2019, the date from which the 90 days will begin. If neither timely submission not satisfactory explanation is made by this date, the claim will stand denied at the end of the expiration of 90 days from the date the information is due. The right to seek compensation by suit in District Court may be restricted by the limitations period prescribed by law of one hundred eighty (180) days after the denial of the claim.

I am your point of contact on this claim. If you have any questions, I can be reached at 405-522-4440 or Yolanda.Dozal@omes.ok.gov.

Sincerely,

*Yolanda Dozal*

Yolanda Dozal
Liability Advisor, Risk Management Department

EXHIBIT "2"

Please list each and every provider (Doctor, Chiropractor, Physical Therapist, etc) that you have sought treatment with for this claim. We must have the complete names, addresses, and phone numbers. Thank you!

1. Name_____   Phone:_____
   Address_____
   _____
   _____

2. Name_____   Phone:_____
   Address_____
   _____
   _____

3. Name_____   Phone:_____
   Address_____
   _____
   _____

4. Name_____   Phone:_____
   Address_____
   _____
   _____

5. Name_____   Phone:_____
   Address_____
   _____
   _____

6. Name_____   Phone:_____
   Address_____
   _____
   _____

7. Name_____   Phone:_____
   Address_____
   _____
   _____

8. Name_____   Phone:_____
   Address_____
   _____
   _____

## OKLAHOMA STANDARD AUTHORIZATION TO USE OR SHARE PROTECTED HEALTH INFORMATION (PHI)

Patient Name:_____   Medical Record #:_____

Date of Birth:_____   Social Security #:_____

I hereby authorize _____
Name of Person/Organization Disclosing PHI

PO Box 53364, Oklahoma City, OK 73152-3364
to release the following information to OMES-DCAM RISK MGMT DEPT. Attn: Yolanda Dozal (Liability Advisor)
Name and Address of Person/Organization Receiving PHI

---

**Information to be shared:**

☐ Psychotherapy Notes (if checking this box, no other boxes may be checked)   ☒ Entire Medical Record

☒ Billing Information for  All services provided w/pymts, adj. etc   ☐ Mental Health Records

☐ Substance Abuse Records   ☒ Medical information compiled between 05/01/2018 and Current

☐ Other:_____

**The information may be disclosed for the following purpose(s) only:**

☐ Insurance   ☐ Continued Treatment   ☐ Legal   ☐ At my or my representative's request

☒ Other: Claim Investigation

I understand that by voluntarily signing this authorization:
- I authorize the use or disclosure of my PHI as described above for the purpose(s) listed.
- I have the right to withdraw permission for the release of my information. If I sign this authorization to use or disclose information, I can revoke this authorization at any time. The revocation must be made in writing to the person/organization disclosing the information and will not affect information that has already been used or disclosed.
- I have the right to receive a copy of this authorization.
- I understand that unless the purpose of this authorization is to determine payment of a claim for benefits, signing this authorization will not affect my eligibility for benefits, treatment, enrollment or payment of claims.
- My medical information may indicate that I have a communicable and/or non-communicable disease *which may* include, but is not limited to diseases such as hepatitis, syphilis, gonorrhea or HIV or AIDS and/or *may indicate* that I have or have been treated for psychological or psychiatric conditions or substance abuse.
- I understand I may change this authorization at any time by writing to the person/organization disclosing my PHI.
- I understand I cannot restrict information that may have already been shared based on this authorization.
- Information used or disclosed pursuant to the authorization may be subject to redisclosure by the recipient and *no* longer be protected by the Privacy Regulation.

Unless revoked or otherwise indicated, this authorization's automatic expiration date will be one year from the date of my signature or upon the occurrence of the following event:_____

_____

_____   _____
Signature of Patient or Legal Representative                     Date

_____   _____
Description of Legal Representative's Authority                 Expiration date (if longer than one year from date of
                                                                signature or no event is indicated)

Oklahoma State Department of Health                                                ODH 206
Community and Family Health Services/ Administration   HIPAA Document - retain for a minimum of 6 years   August 2014

Instructions for Oklahoma Standard Authorization to Use or Share Protected Health Information (PHI)

1. Indicate patient name and date of birth.
2. OPTIONAL: Indicate Medical Record # and/or Social Security #.
3. Indicate the name of person/organization disclosing PHI.
4. Indicate the name and address of person/organization receiving PHI.

**Information to be shared:**
1. Check the appropriate box.
2. If the information to be shared is not listed, check the "other" box and indicate what information is to be shared in the space provided.
    a. If billing information is shared, indicate which billing information is requested. If all billing information is requested, just check the box.
    b. If psychotherapy notes are requested, no other information can be shared. A separate Authorization must be completed for additional information.

**Purpose for disclosing information:**
1. Check the appropriate box.
2. If the purpose is not listed, check the "other" box and indicate the purpose in the space provided.

**Expiration Date:**
1. Unless otherwise indicated at the bottom of the form, the expiration date is one year from the date of the patient's signature **or** upon the occurrence of an event chosen by the individual.
    a. If the patient chooses an event, list the event in the space provided.
    b. If the patient chooses to make the expiration date longer than one year, indicate in the space provided at the bottom of the form.

**Signature:**
1. Obtain the signature of the patient or Legal Representative
2. If a Legal Representative signs the form, indicate the description of the Legal Representative's authority.

**Date:**
1. The date is the date the form is signed.