

- Housing & Food Home
- Apply for Housing
- Residence Halls
- Upperclass Living
- Campus Dining
- OUr Efforts
- Get Involved
- Guest Accommodations
- About Us
- Contact Us
- Terms and Conditions

≡ **Quicklinks**

**EXHIBIT "3"**

Maintenance Request

Forms & Policies

Employment

Upperclass Living

Live | Dine Blog

Sooner Card

OU Passport

Housing & Food  /  Terms and Conditions

**Exhibit 1 Terms and Conditions of the Housing and Food Services Freshman Residence Ha**

**2020 Academic Year Contract**

**2019-2020 Academic Year**

This document and the policies combined within it constitute part of the Housing and Food Servic Residence Halls Contract (herein Contract or Agreement) between the Board of Regents of the U Oklahoma (University) with its Freshman residents (Residents) and may be modified from time to discretion of the University.

This University, in compliance with all applicable federal and state laws and regulations, does not on the basis of race, color, national origin, sex, sexual orientation, genetic information, gender ide expression, age, religion, disability, political beliefs, or status as a veteran in any of its policies, pra procedures. This includes but is not limited to admissions, employment, financial aid and educatic

**IMPORTANT DATES AND DEADLINES:**

May 1, 2019          Contract cancellation deadline.

Payment shall be made in accordance with the payment plan set forth in the Contract or in compl[...] irregular rate if approved by the Director of Housing and Food Services. All housing and food rela[...] will be billed by the semester. Residents who are receiving financial aid will have the Resident's h[...] charges deducted from the Resident's aid the sum necessary to pay the Housing and Food Servi[...] semester. Residents shall fully pay room and board payments when due. University service charg[...] assessed by the Student Financial Center for any late payment. Anticipated receipt of financial ai[...] relieve Resident from payment deadlines. Failure to make timely payments may result in denial of [...] denial of future registration until the amounts are fully paid, including damages owed. Should Res[...] make a room and board payment, as set forth in this Contract, then the University has right to brin[...] against the Resident for possession of the property, recovery of the room and board payment (tog[...] any additional property damages) plus court costs and attorney fees. No refunds will be issued fo[...] housing. Payments are due as outlined above even though the Resident may not receive a staten[...] should be made payable to the University of Oklahoma and should include the Sooner ID number [...] residence. A service charge will be placed on all returned checks, which constitute late payment.

By providing Resident's telephone number to the University, Resident gives express consent to th[...] of Oklahoma, or third-party vendors acting on behalf of the University, to contact Resident at the n[...] provided by either manually dialing the number or by using automated dialing technology.

**DEFAULT AND REMEDIES:**

Resident understands and accepts that failure to make timely payments for rent and other charge[...] Agreement will result in the Resident's housing account becoming delinquent. Delinquent account[...] to penalties and late fees in the amount of $50, as well as the accrual of University service charge[...] delinquent balance at the monthly rate of 1.5%. Delinquent accounts may be placed with the Univ[...] Collections Department, or an outsidecollectionagency. Residentwillberesponsibleforallcostsofcollections,includingbutnot limited to court costs, attorney's [...] tracing fees, and/or any agency fees (which may be based on a percentage of the delinquent bala[...] exceed 40%).

Resident further acknowledges and accepts that the University has the right to initiate legal action [...] of possession of the property, and/or for recovery of all delinquent rent, damages to the property, [...] charges due under this agreement. Upon entry of a court order, journal entry, or final judgment in [...] University's favor, granting possession of the property and/or the legal right to recover the delinqu[...] plus costs, fees, and interest, a writ of execution will be issued to have the Resident forcibly remo[...] property. The University will likewise pursue all post judgment remedies to collect the full and rem[...] balance of any judgment against the Resident.

**FUTURE CONTRACTS:**

The University reserves the right to refuse future contracts to any residents for whom the Universi[...]

reserves the right to enter the premises at all reasonable times, upon giving reasonable notice to for the purpose of inspecting the premises and to retrieve University property located therein witho authorization, or to perform necessary repairs, alterations, improvements, cleaning, or maintenan to abate insects, rodents, or other hazards to provide for the safety and well-being of residents, st University community.

## PERSONAL PROPERTY:

The University cannot assume responsibility for the loss or damage to any of the Resident's perso for any cause, whatsoever. Residents are encouraged to carry appropriate insurance to cover suc Residents shall not park inoperable vehicles in the residence hall parking area. All inoperable veh impounded at the owner's expense if not removed or repaired within thirty (30) days. Residents sh firearms, explosives, or any noxious, dangerous, or flammable substances within their rooms or o property, including parking lots and vehicles in parking lots.

## PETS:

Pets are not permitted. Resident shall not keep or allow any dog, cat, fowl, or other animal or pet the premises adjacent thereto, or in any area owned or controlled by the University.

## LIMITATION OF LIABILITY:

The University agrees to use reasonable care in furnishing utilities, provided that the University sh responsible to furnish utilities in an emergency situation (including, but without limitations, heating conditioning, water, gas, electricity, and sewer and garbage service). The obligation of the Reside contract shall not be affected by the failure of the University to provide utilities, nor shall any claim reason thereof.

## ROOM CHANGES AND CONSOLIDATION:

The University reserves the right to change room or center assignment and to charge the prevaili new assignment. Residents are not entitled to any particular room or assignment. Room changes not be made during the first two weeks and the last two weeks of each semester. Room change re be approved by the appropriate Center Coordinator. Room change request forms are available fro at each Center office. Room changes will be granted, if possible, but Residents may not change r the permission of Housing and Food Services.

## SOONER CARD:

Residents can access their Meal Plan by using their Sooner Card. Sooner Cards may only be use

# MEAL PLANS

Resident's selected Meal Plan will be applied to Resident's Sooner Card each semester. Meal ser available from the Wednesday prior to the start of classes through Friday of finals week. Any amo on Resident's Meal Points account will be forfeited on the Friday of finals week of the Spring sem Meals will be forfeited on the last day of each meal period, determined by the meal plan type (per semester). **Unused Meals and Meal Points are non-refundable and non-transferable.**

- **Changing Resident Meal Plan**

Meal Plan changes occur each semester during the 3rd and 4th week of classes.

- **Cancelling Resident Meal Plan**

All meal plans include a $250.00 Meal Plan Administrative Fee. Resident must pay this fee even i decides to cancel the Meal Plan. Upon cancellation of the Contract or Meal Plan, Resident will be daily rate of the meal plan for each day the Resident used or was able to use the meal plan. There refunds during the last two (2) weeks of each semester.

## ROOM ASSIGNMENTS:

Room assignments are determined by the contract priority date and by the needs of the Resident. the Enrollment Commitment must also be paid in order to receive an assignment. Residents may roommate and whether they prefer a suite-style or community style room. Residents with special on disability or who have other support needs should make those needs known to the Housing Of appropriate accommodations may be made. Residents who feel concern over their housing assig their sexual or gender identity may contact the Director of Operations, Jenn Doughty, at 405-325-: poedoughty@ou.edu to have a confidential consultation about additional housing options.

Single rooms are available for upperclassman or freshman students only upon request and assigr Housing and Food Services at its sole discretion. Residents who occupy a single room and are pa double room rate may be asked to consolidate into a double occupancy room, unless they agree single room occupancy rate. Residents who wish to consolidate shall do so based on the priority original assignment. Failure on the part of Housing and Food Services to grant a single room requ assigned preferred community will not be grounds for termination of the contract. In the event of a a Resident may temporarily be given a roommate and the Resident's account will be charged a d instead of a single rate for the affected period. Residents wishing to reclassify their room as a sin billed at the single rate and will not be permitted to revert to the double occupancy rate for the rem semester.

## CONTRACT & RELEASE:

The contract is binding upon execution, provided, and only if, the Resident is enrolled full time in

- Complete withdrawal from the University of Oklahoma.
- Marriage during the contract period when the Resident will be living with his/her spouse for remainder of the school year.
- Release from the room and/or board approved by the Housing and Food Services release documented conditions of emergency. Such releases may specify that Residents remain in University owned or approved housing.
- Graduation.

The University is not obligated to provide a release for any other reason than complete withdrawa classes, marriage, emergency, or graduation. However, a release granted for such other reason s the Resident to purchase fifty percent (50%) of the remaining value of the Contract. Except for the qualifying for a Release Without Payment cancellation as determined by the UHRC, all cancellatio two mandatory fees in addition to the prorated daily rate for room and board: a $250 Housing Adn Fee and a $250 Meal Plan Administrative Fee. The Resident agrees to pay all amounts due, inclu damages to his/her room and his/her pro-rated share of common area damage.

**PROCEDURE UPON TERMINATION:**

Should a release from the contract be given, charges will continue to accrue and be immediately payable until the Resident executes the proper procedures, including (1) obtaining a withdrawal fo Housing and Food Services, (2) having it signed by the Resident Adviser of the Resident's living vacating and removing his or her belongings from the residence hall. The Resident agrees to vaca him/herself and all his/her belongings from the residence hall within 48 hours of the release or teri refunds or credits will be given when withdrawal occurs during the first two or last two weeks of th is understood and agreed that the Resident shall, at the termination of this contract, by expiration surrender the premises in as good a condition as on the date of this contract with normal wear an excepted. The Resident will be charged and immediately owe the additional cost of repair.

**TOBACCO POLICY:**

Use of tobacco, electronic cigarettes, and vaping devices on all properties and facilities of the Uni Oklahoma, regardless of campus or location is prohibited.

**MARIJUANA PROHIBITED:**

The University is required to adhere to the Federal Drug-Free Schools and Communities Act (DFS DFSC requires institutions of higher education receiving federal funds prohibit the use of illegal dr campus. The passage of Oklahoma State Question 788 does not alter the University's obligations federal law. Therefore, the possession, use, or distribution of marijuana in on-campus housing an campus is prohibited. This prohibition applies even if the Oklahoma Medical Marijuana Authority ( issued a Medical Marijuana Patient License to a Resident, permitting that Resident to possess a li

Resident. Residents with a documented need for medical marijuana will be released from a Housi[ng] Services Contract without financial penalty.

**USE RESTRICTION:**

Residents shall comply with all applicable city, county, state and federal laws and regulations, and regulations of the University of Oklahoma, The University of Oklahoma Student Code, including r[ules] regulations that specifically apply to the Residence Halls, as indicated in the Residence Hall Com[munity] Guide. Resident rooms and all common areas shall be used for residential purposes only by the R[esident;] no business or commercial activity is permitted. Residents are responsible for all damages to thei[r room and] their pro-rated share of common areas. Residency when the Resident is not currently enrolled (su[ch as] summer, move-in periods, and other university breaks) is a privilege contingent upon Resident's a[greement to] abide by all University regulations. Resident must be enrolled for summer if living in the Halls. Res[idents found] to be in violation of any University regulations regardless of enrollment status will be subject to ap[propriate] sanctions including but not limited to payment of damages and removal, as appropriate.

**VIOLATION OF THE CONTRACT OR OF THE UNIVERSITY OF OKLAHOMA STUDENT CODE**

<u>The University retains the right to terminate this agreement upon violation of its terms or i[n the best] interests of the contract, students and/or the University as determined by Housing and Foo[d Services. Additionally, the University reserves the right to modify, or terminate, housing arrangemen[ts at any] time. This contract can also be terminated upon violation of any provisions of the Universi[ty of] Oklahoma Student Code, if such violation places in jeopardy the safety and/or the property [of residents or] of the University. The Resident may appeal the decision through Housing and Food Servic[es.]</u>

**CANCELLATION POLICY:**

**Cancellation Before Move-In**

Notice of cancellation must be in writing (a letter signed by the Resident or email from the contrac[ted] Resident's OU email account) to the Housing and Food Services Office at housinginfo@ou.edu o[r ___] Avenue, Rm. 126, Norman, OK 73019-6091, and must be received by the cancellation deadline o[f ___] 2019. A written cancellation received after the deadline does not guarantee release from the Agre[ement.]

**Cancellation After Move-In**

A Freshman Resident seeking to cancel or be released from their contract after move-in must me[et ___] cancellation options that will be determined by the University Housing Review Committee (UHRC[).]

(1) Release with Contract Administrative Fee - Required payment of the prorated daily rate for roo[m ___] for each day the Resident has occupied or has been able to occupy their assigned room plus a C[ontract]

Except for those Residents qualifying for a Release Without Payment cancellation as determined all cancellations taking place after move-in will incur the $250 Housing Administrative Fee, $250 M Administrative Fee, and prorated daily rate for room and board for each day the Resident has occ been able to occupy their assigned room. The minimum number of calendar days to be used for tl of the prorated daily rate for room and board shall not be less than fourteen (14) nights.

The UHRC may determine the Resident does not qualify for a release or cancellation. In such cas Resident is responsible for the remainder of the rental payments and complying with the terms of

Residents who withdraw during the final two weeks of a semester will not receive a refund.

Housing & Food Services
1406 Asp Ave., Room 126
Norman, Oklahoma 73019-2150

Updated 12/3/2018 by Housing & Food Services: housinginfo@ou.edu