# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SARAH MELTON, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE STATE OF OKLAHOMA )<br>*ex rel*., THE UNIVERSITY OF OKLAHOMA; )<br>DAVID ANNIS; )<br>TRENT BROWN; )<br>DAVID SURRATT; )<br>KENNETH D. ROWE; )<br>JAMES GALLOGLY, )<br>)<br>*Defendants*. ) | Case No.: CIV-20-608-G |

## PLAINTIFF'S NOTICE OF STIPULATED DISMISSAL OF THE ACTION WITHOUT PREJUDICE

The Plaintiff, Sarah Melton ("Melton"), by and through her attorneys, Titus Hillis Reynolds Love, P.C., pursuant to FRCVP 41(a)(1)(A)(ii), provide notice of the dismissal of this Action without prejudice. All Defendants stipulate to this Dismissal and counsel for Defendants authorized his signature below.

Respectfully submitted,

*/s/ James M. Love*
James M. Love, OBA #10580
TITUS, HILLIS, REYNOLDS, LOVE, P.C.
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103-4334
(918) 587-6800; (918) 587-6822 (fax)
*Attorneys for Plaintiff*

and

[1]

                                                    */s/ Thomas G. Wolfe*
                                                    Thomas G. Wolfe, OBA No. 11576
Heather L. Hintz, OBA No. 14253
Hilary C. Clifton, OBA No. 32805
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson Avenue
Oklahoma City, OK 73102
tgwolfe@phillipsmurrah.com
hlhintz@phillipsmurrah.com
Hhclifton@phillipsmurrah.com

AND

Heidi J. Long, OBA No. 17667
University of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Rm. 213
Norman, OK 73019
(405) 325-4124
(405) 325-7681 – facsimile
hlong@ou.edu

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2021, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following:

Thomas G. Wolfe     tgwolfe@phillipsmurrah.com
Heather L. Hintz      hlhintz@phillipsmurrah.com
Heather C. Clifton    hhclifton@phillipsmurrah.com
Heidi J. Long          hlong@ou.edu
*Attorneys for Defendants*

                                                      s/ James M. Love

[2]